UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAMON DAVID THOMAS,<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　　　　　　Respondent. | CASE NO. 3:20-CV-05317-BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 10. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's petition for habeas corpus (Dkt. 8) is **DISMISSED** without prejudice for failure to respond to a Court order and as unexhausted;

(3) A certificate of appealability is **DENIED**; and

(4) This case is closed.

/

/

/

ORDER - 1

1  Dated this 15th day of September, 2020.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge